**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>District of Arizona | Voluntary Petition |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**STEELMAN, STEVIE L JR** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**STEELMAN, MARYANN** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-1132** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-2420** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1863 N WESTFALL LANE**<br>**CASA GRANDE, AZ**<br>ZIP Code **85122** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1863 N WESTFALL LANE**<br>**CASA GRANDE, AZ**<br>ZIP Code **85122** |
| County of Residence or of the Principal Place of Business:<br>**PINAL** | County of Residence or of the Principal Place of Business:<br>**PINAL** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    \*\*\* **ROBERT M COOK  002628** \*\*\*
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **STEELMAN, STEVIE L JR** <br> **STEELMAN, MARYANN** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X  /s/ ROBERT M COOK           December 31, 2009** <br> Signature of Attorney for Debtor(s)         (Date) <br> **ROBERT M COOK** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**STEELMAN, STEVIE L JR**<br>**STEELMAN, MARYANN** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ STEVIE L STEELMAN, JR**
Signature of Debtor **STEVIE L STEELMAN, JR**

**X /s/ MARYANN STEELMAN**
Signature of Joint Debtor **MARYANN STEELMAN**

Telephone Number (If not represented by attorney)

**December 31, 2009**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X /s/ ROBERT M COOK**
Signature of Attorney for Debtor(s)

**ROBERT M COOK  002628**
Printed Name of Attorney for Debtor(s)

**THE LAW OFFICES OF ROBERT M COOK, PLLC**
Firm Name

**219 WEST SECOND STREET**
**YUMA, AZ 85364**

Address

**Email: robertmcook@yahoo.com**
**928-782-7771  Fax: 928-782-7778**
Telephone Number

**December 31, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

In re  **STEVIE L STEELMAN, JR,**  Case No. _____
      **MARYANN STEELMAN**
_____,
                                    Debtors

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **CUSTOM TILLAGE & SPRAY, LLC**<br>**ARIZONA** | **4:09-BK-33963**<br>**50% MEMBER** | **12/31/09** |
| **S & S FARMS PARTNERSHIP**<br>**ARIZONA** | **4:09-BK-33962**<br>**PARTNER** | **12/31/09** |
| **STEELMAN ENTERPRISES, LLC**<br>**ARIZONA** | **4:09-BK-33960**<br>**50% MEMBER** | **12/31/09** |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Arizona

In re **STEVIE L STEELMAN, JR**
**MARYANN STEELMAN**
Debtor(s)

Case No. _____
Chapter **11**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ STEVIE L STEELMAN, JR**
                            **STEVIE L STEELMAN, JR**

Date: **December 31, 2009**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Certificate Number: 03788-AZ-CC-009454236

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 31, 2009, at 11:44 o'clock AM EST,

Stevie Steelman received from

Alliance Credit Counseling, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Arizona, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: December 31, 2009    By    /s/Christopher Ramsey

                           Name  Christopher Ramsey

                           Title Accredited Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Arizona

In re    **STEVIE L STEELMAN, JR**
        **MARYANN STEELMAN**                Case No.       
                                   Debtor(s)          Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

    Signature of Debtor:  **/s/ MARYANN STEELMAN**
             **MARYANN STEELMAN**
    Date:  **December 31, 2009**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

Certificate Number: 03788-AZ-CC-009454241

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 31, 2009, at 11:44 o'clock AM EST, MaryAnn Steelman received from Alliance Credit Counseling, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Arizona, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: December 31, 2009         By      /s/Christopher Ramsey

                                Name    Christopher Ramsey

                                Title   Accredited Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re: **STEVIE L STEELMAN, JR / MARYANN STEELMAN**, Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AGRI CREDIT ACCEPTANCE LLC<br>8001 BIRCHWOOD COURT<br>PO BOX 2000<br>JOHNSTON, IA 50131-0020 | AGRI CREDIT ACCEPTANCE LLC<br>8001 BIRCHWOOD COURT<br>PO BOX 2000<br>JOHNSTON, IA 50131-0020 | CUSTOM TILLAGE 8910 CASE IH TRACTOR | Contingent | 23,000.00 |
| AT&T UNIVERSAL CARD<br>PO BOX 6500<br>SIOUX FALLS, SD 57117-6508 | AT&T UNIVERSAL CARD<br>PO BOX 6500<br>SIOUX FALLS, SD 57117-6508 | CREDIT CARD | | 4,000.00 |
| AURORA LOAN SERVICES<br>BANKRUPTCY DEPT<br>PO BOX 1706<br>SCOTTSBLUFF, NE 69363-1706 | AURORA LOAN SERVICES<br>BANKRUPTCY DEPT<br>PO BOX 1706<br>SCOTTSBLUFF, NE 69363-1706 | PERSONAL RESIDENCE: 1863 N WESTFALL LAND CASA GRANDE AZ 85122 | | 51,000.00<br>(200,000.00 secured)<br>(274,000.00 senior lien) |
| AURORA LOAN SERVICES<br>BANKRUPTCY DEPT<br>PO BOX 1706<br>SCOTTSBLUFF, NE 69363-1706 | AURORA LOAN SERVICES<br>BANKRUPTCY DEPT<br>PO BOX 1706<br>SCOTTSBLUFF, NE 69363-1706 | PERSONAL RESIDENCE: 1863 N WESTFALL LAND CASA GRANDE AZ 85122 | | 274,000.00<br>(200,000.00 secured) |
| BANK OF AMERICA<br>POB15026<br>WILMINGTON, DE 19850-5026 | BANK OF AMERICA<br>POB15026<br>WILMINGTON, DE 19850-5026 | CREDIT CARD | | 4,700.00 |
| BANK OF AMERICA<br>FL9-600-02-26<br>POB 45224<br>JACKSONVILLE, FL 32232-5224 | BANK OF AMERICA<br>FL9-600-02-26<br>POB 45224<br>JACKSONVILLE, FL 32232-5224 | 2007 FORD EDGE | | 23,500.00<br>(15,000.00 secured) |
| CENTRAL INMPLEMENT INC<br>500 N ELEVEN MILE CORNER RD<br>CASA GRANDE, AZ 85294 | CENTRAL INMPLEMENT INC<br>500 N ELEVEN MILE CORNER RD<br>CASA GRANDE, AZ 85294 | CUSTOM TILLAGE/OPEN ACCT | Contingent | 7,500.00 |
| CROP PRODUCTION SRVS INC<br>PO BOX 1286<br>GREELEY, CO 80632-1286 | CROP PRODUCTION SRVS INC<br>PO BOX 1286<br>GREELEY, CO 80632-1286 | CUSTOM TILLAGE / CHEMICAL | Contingent | 79,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re STEVIE L STEELMAN, JR
MARYANN STEELMAN
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 | 2006 1040 TAXES | Contingent | 14,200.00 |
| JOHN DEERE CREDIT<br>6400 NW 86TH ST<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | JOHN DEERE CREDIT<br>6400 NW 86TH ST<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | CUSTOM TILLAGE SUNDANCE 922 DISK | Contingent | 20,000.00 |
| JOHN DEERE CREDIT<br>6400 NW 86TH STREET<br>PO POX 6600<br>JOHNSTON, IA 50131-6600 | JOHN DEERE CREDIT<br>6400 NW 86TH STREET<br>PO POX 6600<br>JOHNSTON, IA 50131-6600 | CUSTOM TILLAGE 9996 JOHN DEERE COTTON PICKER | Contingent | 285,000.00 |
| JP MORGAN CHASE<br>PO BOX 29550<br>PHOENIX, AZ 85038-9550 | JP MORGAN CHASE<br>PO BOX 29550<br>PHOENIX, AZ 85038-9550 | LINE OF CREDIT | Contingent | 320,000.00 |
| JP MORGAN CHASE<br>PO BOX 29550<br>PHOENIX, AZ 85038-9550 | JP MORGAN CHASE<br>PO BOX 29550<br>PHOENIX, AZ 85038-9550 | LINE OF CREDIT | Contingent | 301,000.00 |
| NAEDA FINANCIAL LTD<br>PO BOX 95662<br>CHICAGO, IL 60694-5662 | NAEDA FINANCIAL LTD<br>PO BOX 95662<br>CHICAGO, IL 60694-5662 | CUSTON TILLAGE LAZER LEVEL EQUIPMENT | Contingent | 6,000.00 |
| QUICK GRAIN CORPORATION<br>PARAGON PLAZA SUITE C125<br>5333 N 7TH STREET<br>PHOENIX, AZ 85014 | QUICK GRAIN CORPORATION<br>PARAGON PLAZA SUITE C125<br>5333 N 7TH STREET<br>PHOENIX, AZ 85014 | S& S FARMS | Contingent | 25,000.00 |
| SARITA AERIAL CONTRACTORS INC<br>PO BPX 266<br>COOLIDGE, AZ 85228 | SARITA AERIAL CONTRACTORS INC<br>PO BPX 266<br>COOLIDGE, AZ 85228 | S&S FARM | Contingent | 5,200.00 |
| TCF EQUIPMENT FINANCE<br>11100 WAYZATA BLVD SUITE 801<br>MINNETONKA, MN 55305 | TCF EQUIPMENT FINANCE<br>11100 WAYZATA BLVD SUITE 801<br>MINNETONKA, MN 55305 | CUSTOM TILLAGE EQUIPMENT [2 MODULE BULDERS] | | 40,000.00 |
| TRIMBLE FINANCIAL SERVICES<br>3893 RESEARCH PARK DRIVE<br>ANN ARBOR, MI 48108 | TRIMBLE FINANCIAL SERVICES<br>3893 RESEARCH PARK DRIVE<br>ANN ARBOR, MI 48108 | CUSTOM TILLAGE 2 GPS UNITS & ACCESSORIES | Contingent | 24,000.00 |
| WELLS FARGO<br>POB 10347<br>DES MOINES, IA 50306-0347 | WELLS FARGO<br>POB 10347<br>DES MOINES, IA 50306-0347 | CREDIT CARD | | 5,100.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **STEVIE L STEELMAN, JR**
       **MARYANN STEELMAN**
                                            Case No.
                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| YAMAHA/HSBC RETAIL SERVICES POB 15521 WILMINGTON, DE 19850-5521 | YAMAHA/HSBC RETAIL SERVICES POB 15521 WILMINGTON, DE 19850-5521 | OFF ROAD ATV | | 14,500.00 (8,000.00 secured) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **STEVIE L STEELMAN, JR** and **MARYANN STEELMAN**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date **December 31, 2009**        Signature  **/s/ STEVIE L STEELMAN, JR**
                                              **STEVIE L STEELMAN, JR**
                                              Debtor

Date **December 31, 2009**        Signature  **/s/ MARYANN STEELMAN**
                                              **MARYANN STEELMAN**
                                              Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Case 4:09-bk-33964-BMW    Doc 1    Filed 12/31/09    Entered 12/31/09 19:24:46    Desc
                         Main Document    Page 13 of 16

STEELMAN, JR, STEVIE and MARYANN -

AGRI CREDIT ACCEPTANCE LLC
8001 BIRCHWOOD COURT
PO BOX 2000
JOHNSTON IA 50131-0020


AT&T UNIVERSAL CARD
PO BOX 6500
SIOUX FALLS SD 57117-6508


AURORA LOAN SERVICES
BANKRUPTCY DEPT
 PO BOX 1706
SCOTTSBLUFF NE 69363-1706


AURORA LOAN SERVICES
BANKRUPTCY DEPT
PO BOX 1706
SCOTTSBLUFF NE 69363-1706


AZ CORRIDOR EMERGENCY HYSICIANS
PO BPX 13945
PHILADELPHIA PA 19101-3945


BANK OF AMERICA
FL9-600-02-26
POB 45224
JACKSONVILLE FL 32232-5224


BANK OF AMERICA
POB15026
WILMINGTON DE 19850-5026


CENTRAL INMPLEMENT INC
500 N ELEVEN MILE CORNER RD
CASA GRANDE AZ 85294


CNH CAPITAL
PO BX 1083
EVANSVILLE IN 47706-1083


COSTCO/HSBC RETAIL SERVICES
PO BOX 15521
WILMINGTON DE 19850-5521

STEELMAN, JR, STEVIE and MARYANN -


CROP PRODUCTION SRVS INC
PO BOX 1286
GREELEY CO 80632-1286


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326


JOHN DEERE CREDIT
6400 NW 86TH STREET
PO POX 6600
JOHNSTON IA 50131-6600


JOHN DEERE CREDIT
6400 NW 86TH ST
PO BOX 6600
JOHNSTON IA 50131-6600


JP MORGAN CHASE
PO BOX 29550
PHOENIX AZ 85038-9550


NAEDA FINANCIAL LTD
PO BOX 95662
CHICAGO IL 60694-5662


PINAL COUNTY FEDERAL CREDIT UNION
1000 E FLORENCE BLVD
CASA GRANDE AZ 85122


QUICK GRAIN CORPORATION
PARAGON PLAZA SUITE C125
5333 N 7TH STREET
PHOENIX AZ 85014


SARITA AERIAL CONTRACTORS INC
PO BPX 266
COOLIDGE AZ 85228


TCF EQUIPMENT FINANCE
11100 WAYZATA BLVD
SUITE 801
MINNETONKA MN 55305

STEELMAN, JR, STEVIE and MARYANN -


TRIMBLE FINANCIAL SERVICES
3893 RESEARCH PARK DRIVE
ANN ARBOR MI 48108


WELLS FARGO
POB 10347
DES MOINES IA 50306-0347


YAMAHA/HSBC RETAIL SERVICES
POB 15521
WILMINGTON DE 19850-5521