B6C (Official Form 6C) (12/07)

In re  **STEVIE L STEELMAN, JR,**
       **MARYANN STEELMAN**
                                                                                          Case No. **4:09-bk-33964**
                                           ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                    $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> **PERSONAL RESIDENCE:** <br> **1863 N WESTFALL LANE** <br> **CASA GRANDE AZ 85122** | Ariz. Rev. Stat. § 33-1101(A) | 0.00 | 200,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> **WELLS FARGO BANK** <br> **Ckg: XXX4974** | Ariz. Rev. Stat. § 33-1126A9 | 300.00 | 3,946.17 |
| **Household Goods and Furnishings** <br> **HOUSEHOLD GOODS:** | Ariz. Rev. Stat. § 33-1123 | 5,600.00 | 5,600.00 |
| **Books, Pictures and Other Art Objects; Collectibles** <br> **BOOKS AND COMPACT DISCS** | Ariz. Rev. Stat. § 33-1123(10) | 200.00 | 200.00 |
| **Wearing Apparel** <br> **PERSONAL CLOTHING** | Ariz. Rev. Stat. § 33-1125(1) | 600.00 | 600.00 |
| **Furs and Jewelry** <br> **WEDDING RINGS** | Ariz. Rev. Stat. § 33-1125(4) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** <br> **CAMERA & GUNS** | Ariz. Rev. Stat. § 33-1125(7) | 600.00 | 600.00 |
| **Interests in Insurance Policies** <br> **NEW ENGLAND FINANCIAL** <br> **Husband's Policy #Y136287** <br> **Cash value life insurance net $6,092.27** <br> **[$15,271.27 less debt of $9,179]** | Ariz. Rev. Stat. § 33-1126A6 | 6,092.27 | 15,271.27 |
| **NEW ENGLAND FINANCIAL** <br> **Wife's Policy #Y136288** <br> **Cash value life insurance** | Ariz. Rev. Stat. § 33-1126A6 | 930.13 | 930.13 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **1992 FLEETWOOD MOTOR HOME** | Ariz. Rev. Stat. § 33-1125(8) | 5,000.00 | 5,000.00 |
| **Office Equipment, Furnishings and Supplies** <br> **COMPUTER & PRINTER, MISC SUPPLIES** | Ariz. Rev. Stat. § 33-1123 | 500.00 | 500.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** <br> **TOOLS** | Ariz. Rev. Stat. § 33-1130(1) | 500.00 | 500.00 |
| | Total: | 21,322.40 | 234,147.57 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt
Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy