Robert M. Cook (SBN 002628)
THE LAW OFFICES OF ROBERT M. COOK, PLLC
219 West Second Street
Yuma AZ 85364
Telephone: (928) 782-7771
Facsimile: (928) 782-7778
E-mail: robertmcook@yahoo.com
*Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re:<br><br>STEVIE L. STEELMAN, JR. and<br>MARYANN STEELMAN,<br><br>Debtors. | In Proceedings Under<br>Chapter 12<br><br>Case No. 4:09-bk-33964-JMM<br>Case No. 4:09-bk-33965-JMM |
|---|---|
| STEVIE L. STEELMAN, SR. and<br>CHERYL STEELMAN,<br><br>Debtors. | DECLARATION OF<br>STEVIE L. STEELMAN, SR. |

STATE OF ARIZONA ) 
                     ) ss.
County of Yuma )

I, hereby declare and swear that:

1. My name is Stevie L. Steelman, Sr.

2. I filed for protection under Chapter 11 of the United States Bankruptcy Code on December 31, 2009 with case no. 4:09-bk-33965-JMM.

3. I filed a Disclosure Statement and Plan of Reorganization in my case on May 21, 2010.

4. An Order Approving Disclosure Statement was signed on September 2, 2010.

5. I filed a Motion to Convert Case Under Chapter 11 to a Case Under Chapter 12 on January 5, 2011.

6. I am a "family farmer" conducting "farming operations" pursuant to 11 U.S.C. §101(18)(20)(21).

Dated this 20TH day of January, 2011.

_____
Stevie L. Steelman, Sr.

SUBSCRIBED AND SWORN TO before me this 20th day of January, 2011 by Stevie L. Steelman, Sr.

_____
Notary Public

My Commission Expires:

