**DAVID M. REAVES**
Chapter 12 Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone
trustee@reaves-law.com

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) Case No. 4:09-bk-33964-BMW |
| | ) |
| STEVIE L. STEELMAN JR. and MARYANN STEELMAN, | ) Chapter 12 |
| | ) |
| | ) **TRUSTEE'S INTERIM REPORT THROUGH AUGUST 2019** |
| Debtors. | ) |

DAVID M. REAVES, Chapter 12 trustee herein, respectfully submits the following interim report:

1. **FILING DATE:** This case was originally commenced on December 31, 2009, as a Chapter 11 case, and was converted to Chapter 12 on January 6, 2011.

2. **SECTION 341a MEETING OF CREDITORS:** The Debtors' 341(a) Meeting of Creditors was held and concluded on April 12, 2011.

3. **CHAPTER 12 PLAN:** On March 18, 2011, the Debtors filed their Chapter 12 plan, and a Stipulated Order confirming the Debtors' Chapter 12 plan was entered on November 23, 2011.

4.  **PLAN PAYMENTS:** Pursuant to the Stipulated Order confirming the Chapter 12 plan, the Debtors were to be making monthly payments of $363.73. The Debtors have completed all plan payments.

5.  **PLAN DISTRIBUTIONS:** The Trustee has receipted funds in the total sum of $22,187.61, and disbursed a total of $22,187.61 (including bank fees paid), leaving a balance of $0 held by the estate as of the date of this report. Attached as Exhibit "A" to *Trustee's Interim Report through April 2019*, filed on April 22, 2019, at Dkt. No. 170, is a specific detail of all receipts and disbursements from the estate, which is incorporated herein. All distributions under the plan have been made, including the final distribution to general unsecured creditors.

6.  **DISCHARGE:** This matter is being jointly administered with the related case of Steelman Enterprises, 4:09-bk-33962-BMW. Business creditors are being paid through the Steelman Enterprises plan. The individual debtors in this case also were to pay certain individual debts through their own plan. Debtors have completed all plan payments in this case; however, the payments in the Steelman Enterprises matter continue. Because the two plans are tied to each other, with the Debtors' personal obligations for the business debts contingent upon payment in the Steelman Enterprises matter, the Debtors in this case cannot receive their discharge, and this case may not be closed, until all payments and distributions are made in the Steelmen Enterprises matter.

Dated this 10th day of September, 2019.

By: /s/ *David M. Reaves*
David M. Reaves,
Chapter 12 Trustee

COPY of the foregoing MAILED
this 10th day of September, 2019, to:

Stevie L Steelman, Jr.
Maryann Steelman
1863 N. Westfall Lane
Casa Grande, Arizona 85122
Debtor

Office of the U.S. Trustee
USTPRegion14.PX.ECF@usdoj.gov

*/s/ David M. Reaves*